**Lynn DONOVAN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7079.**

United States Court of Appeals, Federal Circuit.

DECIDED: Jan. 21, 2003.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

### ORDER

GAJARSA, Circuit Judge.

The parties jointly move for a remand, in view of this court's decision in *Jaquay v. Principi*, 304 F.3d 1276 (Fed.Cir.2002) and in view of a motion for reconsideration that was not decided by the Court of Appeals for Veterans Claims.

We previously stayed proceedings in this appeal pending disposition of *Jaquay*. That case having been decided, we agree that a remand is appropriate in this case for further proceedings.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.